IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR 28 AM 8:28
CLERK B McCarty
SO. DIST. OF GA

| | |
|---|---|
| DERRICK L. COLLINS, | ) |
| Petitioner, | ) |
| v. | ) CV 104-027 |
| CARL HUMPHREY, Warden, | ) |
| Respondent. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the instant petition is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE